MRS. MAUDE FOSTER v. OTTWAY BURTON AND WIFE, RUBY B. BURTON.

(Filed 12 April, 1950.)

DEFENDANTS' appeal from *Bennett, Special Judge,* October Term, 1949, RANDOLPH Superior Court.

*John G. Prevette and H. Wade Yates for plaintiff, appellee.*

*Ottway Burton for defendants, appellant.*

PER CURIAM.  The plaintiff brought this action against the defendants to recover for personal injuries alleged to have been sustained through the negligence of the *feme* defendant in the operation of a motor vehicle. The cause was tried by a jury, the issues were answered favorably to the plaintiff, and from the ensuing judgment defendants appealed.

Only one question is posed by the appeal: Whether the court committed error in overruling defendants' demurrer to the evidence and motion for judgment as of nonsuit.  G.S. 1-183.

Examination of the record leads to the conclusion that the demurrer and motion were properly overruled.

We find

No error.